MICHAEL STEPANIAN (CSBN 037712)
DENA MARIE YOUNG (CSBN 215344)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorneys for Defendant
DWAYNE RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 3:23-cr-00196-WHA |
|---|---|
| Plaintiff, | **NOTICE OF ASSOCIATE ATTORNEY APPEARANCE** |
| v. | |
| DWAYNE RICHARDSON, | |
| Defendant. | |

**TO THE CLERK OF THIS HONORABLE COURT AND ALL PARTIES:**

Attorney Dena Marie Young hereby enters an appearance as associate counsel for defendant DWAYNE RICHARDSON.  Contact information for Ms. Young is as follows:

Law Offices of Dena Marie Young (CSBN 215344)
2751 4th Street PMB 136
Santa Rosa, CA 95405
(707) 528-9479
dmyounglaw@gmail.com

Dated: August 27, 2023                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　DENA MARIE YOUNG
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　DWAYNE RICHARDSON