ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
RYAN ARASH REZAEI (CABN 285133)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7200
       FAX: (415) 436-7234
       Jared.Buszin@usdoj.gov
       Ryan.Rezaei@usdoj.gov
       Matthew.Chou2@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>DWAYNE RICHARDSON,<br><br>     Defendant. | CASE NO. 23-CR-196-WHA<br><br>GOVERNMENT'S PRELIMINARY TRIAL EXHIBIT LIST AND DEFENSE OBJECTIONS<br><br>Pretrial Conf.:  September 4, 2024<br>Time:          11:00 AM<br>Trial Date:    September 23, 2024<br>Court:        Courtroom 12, 19th Floor<br>Judge:       Hon. William Alsup |

       The United States respectfully submits its preliminary list of exhibits for use at trial. The parties have met and conferred regarding this preliminary exhibit list. The defense's objections and the United States' position are set forth in the list below.

//

//

//

//

DATED:  August 28, 2024                     Respectfully submitted,


ISMAIL J. RAMSEY
United States Attorney


_____/S/_____
JARED S. BUSZIN
RYAN ARASH REZAEI
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney

| Exhibit Number | First Bates | Last Bates | Exhibit Description | Parties Stipulate to Admissibility | Defendant's Objection | Government Response |
|---|---|---|---|---|---|---|
| 1 | US-DR-032514 | US-DR-032532 | 2017 Instructions for Schedule A | Yes | | |
| 2 | US-DR-032533 | US-DR-032559 | Publication 502: Medical and Dental Expenses (2017) | Yes | | |
| 3 | US-DR-032560 | US-DR-032576 | 2018 Instructions for Schedule A | Yes | | |
| 4 | US-DR-032577 | US-DR-032603 | Publication 502: Medical and Dental Expenses (2018) | Yes | | |
| 5 | US-DR-032604 | US-DR-032622 | 2019 Instructions for Schedule A | Yes | | |
| 6 | US-DR-032623 | US-DR-032649 | Publication 502: Medical and Dental Expenses (2019) | Yes | | |
| 7 | US-DR-024787 | US-DR-024817 | Certified 2017 federal tax return for Defendant | Yes | | |
| 8 | US-DR-024818 | US-DR-024840 | Certified 2018 federal tax return for Defendant | Yes | | |
| 9 | US-DR-024841 | US-DR-024872 | Certified 2019 federal tax return for Defendant | Yes | | |
| 10 | US-DR-024873 | US-DR-024875 | Certified transcript for Defendant's 2017 federal tax return | Yes | | |
| 11 | US-DR-024876 | US-DR-024878 | Certified transcript for Defendant's 2018 federal tax return | Yes | | |
| 12 | US-DR-024879 | US-DR-024881 | Certified transcript for Defendant's 2019 federal tax return | Yes | | |
| 13 | US-DR-025069 | US-DR-025085 | Uncertified copy of Defendant's 2016 federal tax return | No | Rule 401 | Will seek to introduce only if defense opens the door |

| 14 | US-DR-020804 | US-DR-020806 | Signed Power of Attorney - Deborah Marion | Yes | | |
| 15 | US-DR-020809 | US-DR-020812 | Signed Powers of Attorney - Lori Rodrigues, Constance Smith | Yes | | |
| 16 | US-DR-028357 | US-DR-028358 | August 19, 2020 Email from D. Marion to R. Schutz re: Medical and Charity Deductions | Yes | | |
| 17 | US-DR-028034 | US-DR-028034 | September 10, 2020 Email from D. Marion to R. Schutz re: Chapter 13 Trustee Final Report and Account | Yes | | |
| 18 | US-DR-028035 | US-DR-028035 | Chapter 13 Trustee Final Report and Account September 10, 2020 Email from D. Marion to R. Schutz | Yes | | |
| 19 | US-DR-008179 | US-DR-008180 | September 17, 2020 Email from R. Schutz to D. Richardson and D. Marion re: Document Gathering | Yes | | |
| 20 | US-DR-021385 | US-DR-021393 | Examining Officer's Activity Record | No | | Will seek to introduce only if defense opens the door |
| 21 | US-DR-021403 | US-DR-021415 | August 26, 2020 Interview Questions and Notes | No | | Will seek to introduce only if defense opens the door |
| 22 | US-DR-021416 | US-DR-021422 | September 17, 2020 Follow-Up Interview Questions and Notes | No | | Will seek to introduce only if defense opens the door |
| 23 | US-DR-004025 | US-DR-004025 | FRE 902(11) certification for Capital One employment records | Yes | | |
| 24 | US-DR-004187 | US-DR-004187 | Defendant's 2016 resume | Yes | | |
| 25 | US-DR-004193 | US-DR-004194 | Defendant's 2019 health insurance election | Yes | | |

| 26 | US-DR-004195 | US-DR-004196 | Defendant's 2018 health insurance election | Yes | | |
| 27 | US-DR-004414 | US-DR-004630 | Capital One 2018 benefits plan summary | Yes | | |
| 28 | US-DR-004631 | US-DR-004634 | Defendant's 2017 health insurance election | Yes | | |
| 29 | US-DR-004197 | US-DR-004413 | Capital One 2017 benefits plan summary | Yes | | |
| 30 | US-DR-029895 | US-DR-029897 | FRE 902(11) certification for IBM employment records | Yes | | |
| 31 | US-DR-029902 | US-DR-029904 | Letter regarding defendant's health insurance coverage (1/1/03 - 1/15/17) | Yes | | |
| 32 | US-DR-029959 | US-DR-029960 | FRE 902(11) certification for Deborah Marion records | Yes | | |
| 33 | US-DR-008169 | US-DR-008169 | August 10, 2020 Email from D. Richardson to D. Marion re: Medical Bills | Yes | | |
| 34 | US-DR-008036 | US-DR-008036 | September 9, 2020 Email from D. Richardson to D. Marion re: List of Parties Contacted by IRS | Yes | | |
| 35 | TBD | TBD | Summary - 2017 Medical and Pharmacy Transactions | Yes | | |
| 36 | TBD | TBD | Summary - 2018 Medical and Pharmacy Transactions | Yes | | |
| 37 | TBD | TBD | Summary - 2019 Medical and Pharmacy Transactions | Yes | | |
| 38 | US-DR-029961 | US-DR-029968 | Certified copy of docket for Defendant's Chapter 13 bankruptcy | Yes | | |
| 39 | US-DR-026471 | US-DR-026513 | Certified copy of Defendant's bankrupcy petition | Yes | | |
| 40 | US-DR-026531 | US-DR-026536 | Certified copy of Defendant's amended Chapter 13 plan | Yes | | |

| 41 | US-DR-026549 | US-DR-026551 | Certified copy of order confirming Chapter 13 plan | Yes | | |
| 42 | US-DR-026552 | US-DR-026552 | Certified copy of accounting of Chapter 13 plan payments | Yes | | |
| 43 | US-DR-026553 | US-DR-026557 | Certified copy of Chapter 13 Standing Trustee's Final Report and Account | Yes | | |
| 44 | US-DR-026558 | US-DR-026561 | Certified copy of order discharging debts | Yes | | |
| 45 | | | Audio Recording of December 27, 2012 Meeting of Creditors for Defendant's Chapter 13 bankruptcy | Yes | | |
| 46 | US-DR-029623 | US-DR-029624 | FRE 902(11) certification for Audio Recording of December 27, 2012 Meeting of Creditors | Yes | | |
| 47 | N/A | N/A | Trial subpoena to Sutter Health for medical records | | | |
| 48 | US-DR-022921 | US-DR-023297 | CPMC Medical Records for Defendant & FRE 902(11) certification | Yes | | |
| 49 | US-DR-022920 | US-DR-022920 | Summary of Sutter Health billing records | Yes | | |
| 50 | US-DR-022820 | US-DR-022835 | Billing records for EPIC CPMC accounts | Yes | | |
| 51 | US-DR-022836 | US-DR-022919 | Billing records for legacy CPMC accounts | Yes | | |
| 52 | US-DR-029668 | US-DR-029670 | Trial Subpoena to Anthem Blue Cross Blue Shield | Yes | | |
| 53 | US-DR-029671 | US-DR-029671 | FRE 902(11) certification for Anthem BCBS records [US-DR-029674 -- US-DR-029797] | Yes | | |

| 54 | | | FRE 902(11) certification for Empire BCBS records [US-DR-029848 --US-DR-029893] | Yes | | |
| 55 | TBD | TBD | Anthem/Empire Claim Summary (2005 - 2012) | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 56 | TBD | TBD | Anthem/Empire Claims (2013 - 2019) | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 57 | US-DR-029674 | US-DR-029691 | Richardson 2009 and 2010 claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 58 | US-DR-029692 | US-DR-029709 | Richardson 2008 and 2009 claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 59 | US-DR-029710 | US-DR-029727 | Richardson 2008, 2010, and 2011 claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | US-DR-029728 | US-DR-029745 | Richardson 2010 claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 61 | US-DR-029746 | US-DR-029762 | Richardson 2009, 2010, and 2011 claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 62 | US-DR-029763 | US-DR-029780 | Richardson 2009, 2010, and 2011 claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 63 | US-DR-029781 | US-DR-029792 | Richardson 2010 claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 64 | US-DR-029793 | US-DR-029796 | April 27, 2010 Explanation of Benefits | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | US-DR-029797 | US-DR-029797 | Anthem Archived Claims | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 66 | US-DR-029852 | US-DR-029854 | Empire BCBS Explanation of Benefits, Claim No. 04088301030 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 67 | US-DR-029855 | US-DR-029857 | Empire BCBS Explanation of Benefits, Claim No. 04828751320-2 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 68 | US-DR-029858 | US-DR-029860 | Empire BCBS Explanation of Benefits, Claim No. 04828751320 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 69 | US-DR-029861 | US-DR-029863 | Empire BCBS Explanation of Benefits, Claim No. 04908611300 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | US-DR-029864 | US-DR-029866 | Empire BCBS Explanation of Benefits, Claim No. 05058479820 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 71 | US-DR-029867 | US-DR-029869 | Empire BCBS Explanation of Benefits, Claim No. 05078368020 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 72 | US-DR-029870 | US-DR-029872 | Empire BCBS Explanation of Benefits, Claim No. 05138301549 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 73 | US-DR-029873 | US-DR-029875 | Empire BCBS Explanation of Benefits, Claim No. 05268353590 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 74 | US-DR-029876 | US-DR-029878 | Empire BCBS Explanation of Benefits, Claim No. 05548490980 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |

| 75 | US-DR-029879 | US-DR-029881 | Empire BCBS Explanation of Benefits, Claim No. 05568442020 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
|---|---|---|---|---|---|---|
| 76 | US-DR-029882 | US-DR-029884 | Empire BCBS Explanation of Benefits, Claim No. 85938304360 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 77 | US-DR-029885 | US-DR-029887 | Empire BCBS Explanation of Benefits, Claim No. 94178304590 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 78 | US-DR-029888 | US-DR-029890 | Empire BCBS Explanation of Benefits, Claim No. 94488305920 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 79 | US-DR-029891 | US-DR-029893 | Empire BCBS Explanation of Benefits, Claim No. 95218925110 | Yes, subject to potential Rule 401 objection | Rule 401 as to claims not potentially related to appendectomy or 2017-2019, unless defense opens the door | Intend to introduce evidence of claims unrelated to appendectomy or 2017-2019 only if defense opens the door |
| 80 | US-DR-025414 | US-DR-025416 | Trial subpoena to BOA | Yes | | |
| 81 | US-DR-025413 | US-DR-025413 | FRE 902(11) certification for BOA records | Yes | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 82 | US-DR-025422 | US-DR-025823 | March 2017 - December 2019 statements for Acct. Nos. 000277171618 and 000277171432 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 83 | US-DR-025825 | US-DR-025854 | May 2019 - December 2019 statements for Acct. No. 4888937105262390 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 84 | US-DR-025857 | US-DR-025910 | March 2017 - January 2018 statements for Acct. No. 5524333261193990 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 85 | US-DR-025913 | US-DR-025982 | September 2018 - January 2020 statements for Acct. No. 4400667535904092 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |

| | | | | | |
|---|---|---|---|---|---|
| 86 | US-DR-025985 | US-DR-026022 | September 2018 - April 2019 statements for Acct. No. 4888937101364307 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 87 | US-DR-026025 | US-DR-026200 | April 2017 - January 2020 statements for Acct. No. 237029857515 (George James & Dwayne Richardson Joint Acct) | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 88 | US-DR-026203 | US-DR-026358 | March 2017 - December 2019 statements for Acct. No. 000277378826 (Dwayne & Nainoa Richardson Joint Acct) | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 89 | US-DR-026359 | US-DR-026368 | Wire transfer for Acct. No. 000277378826 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |

| | | | | | |
|---|---|---|---|---|---|
| 90 | US-DR-026369 | US-DR-026468 | February 2018 - January 2020 statements for Acct. No. 5524335576019182 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 91 | US-DR-023302 | US-DR-023303 | Trial subpoena to American Express | Yes | | |
| 92 | US-DR-023305 | US-DR-023360 | September 2019 - January 2020 statements for Acct. No. 0-41000) | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 93 | US-DR-023362 | US-DR-023510 | December 2018 - Januyar 2020 statements for Acct. No. 3-11000 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 94 | US-DR-023514 | US-DR-023517 | November 2019 - December 2019 credits for Acct. No. 3-11000 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |

| | | | | | |
|---|---|---|---|---|---|
| 95 | US-DR-023519 | US-DR-023563 | September 2019 - January 2020 statements for Acct. No. 3-21002 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive.  Addressed in greater detail in parties' in limine briefing. |
| 96 | US-DR-023572 | US-DR-023573 | December 2019 credits for Acct. No. 3-21002 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive.  Addressed in greater detail in parties' in limine briefing. |
| 97 | US-DR-023577 | US-DR-023708 | October 2018 - January 2020 statements for Acct. No. 7-61000 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive.  Addressed in greater detail in parties' in limine briefing. |
| 98 | US-DR-023781 | US-DR-023820 | June 2018 - October 2018 statements for Acct. No. 0-01008 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive.  Addressed in greater detail in parties' in limine briefing. |

| | | | | | |
|---|---|---|---|---|---|
| 99 | US-DR-023821 | US-DR-023904 | November 2018 - October 2019 statements for Acct. No. 0-02006 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 100 | US-DR-024058 | US-DR-024120 | June 2018 - January 2019 statements for Acct. No. 8-01001 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 101 | US-DR-024121 | US-DR-024226 | February 2019 - January 2020 statements for Acct. No. 8-02009 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 102 | US-DR-024356 | US-DR-024393 | August 2019 - January 2020 statements for Acct. No. 3-31006 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |

| 103 | US-DR-024410 | US-DR-024450 | June 2019 - October 2019 statements for Acct. No. 9-91001 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
|---|---|---|---|---|---|---|
| 104 | US-DR-024458 | US-DR-024522 | June 2019 - January 2020 statements for Acct. No. 4-21006 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 105 | US-DR-024566 | US-DR-024621 | July 2019 - January 2020 statements for Acct. No. 1-11008 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 106 | US-DR-024767 | US-DR-024775 | January 2020 statement for Acct. No. 0-31001 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 107 | US-DR-024781 | US-DR-024781 | FRE 902(11) certification for American Express records | Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 108 | N/A | N/A | Trial subpoena to Delta Dental for records | Yes | | |
| 109 | US-DR-022633 | US-DR-022633 | FRE 902(11) certification for Delta Dental records | Yes | | |
| 110 | US-DR-022808 | US-DR-022809 | Explanation of Benefits for 12/21/18 dental services | Yes | | |
| 111 | US-DR-022630 | US-DR-022630 | Explanation of Benefits for 2/27/19 dental services | Yes | | |
| 112 | US-DR-022631 | US-DR-022631 | Explanation of Benefits for 2/27/19 dental services | Yes | | |
| 113 | US-DR-022810 | US-DR-022811 | Explanation of Benefits for 6/22/19 dental services | Yes | | |
| 114 | US-DR-022632 | US-DR-022632 | Explanation of Benefits for 7/2/19 dental services | Yes | | |
| 115 | US-DR-022638 | US-DR-022639 | Trial subpoena to Discover | Yes | | |
| 116 | US-DR-022640 | US-DR-022640 | FRE 902(11) certification for Discover records | Yes | | |
| 117 | US-DR-022686 | US-DR-022799 | June 2018 - Jan. 2020 statements for Acct. No. - 8605 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 118 | N/A | N/A | Trial subpoena to Continental Finance for financial records | | | |
| 119 | US-DR-022629 | US-DR-022629 | FRE 902(11) certification for Continental Finance records | Yes | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 120 | US-DR-022436 | US-DR-022627 | August 2015 - January 2020 statements for Acct. No. - 0783 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 121 | US-DR-022628 | US-DR-022628 | August 2015 - December 2019 memos for Acct. No. - 0783 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 122 | US-DR-020516 | US-DR-020517 | Trial subpoena to Credit One Bank for financial records | Yes | | |
| 123 | US-DR-020569 | US-DR-020569 | FRE 902(11) certification for Credit One Bank records | Yes | | |
| 124 | US-DR-020523 | US-DR-020564 | June 2016 - December 2019 statements for | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 125 | US-DR-020453 | US-DR-020454 | Trial subpoena to Comenity Bank for financial records | Yes | | |
| 126 | US-DR-020513 | US-DR-020513 | FRE 902(11) certification for Comenity Bank records | Yes | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 127 | US-DR-020489 | US-DR-020512 | 2018 and 2019 statements for Acct. No. -4051 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 128 | N/A | N/A | Trial subpoena to Citibank for financial records | Yes | | |
| 129 | US-DR-020452 | US-DR-020452 | FRE 902(11) certification for Citibank records | Yes | | |
| 130 | US-DR-020428 | US-DR-020442 | August 2019 - December 2019 statements for Acct. No. -1543 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 131 | US-DR-020398 | US-DR-020424 | December 2018 - December 2019 statements for Acct. No. -5777 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 132 | US-DR-020156 | US-DR-020157 | Trial subpoena to Barclays Bank for financial records | Yes | | |
| 133 | US-DR-020158 | US-DR-020158 | FRE 902(11) certification for Barclays Bank records | Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 134 | US-DR-020172 | US-DR-020201 | September 2019 -- January 2020 statements for Uber visa credit card Acct. No. -0215 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 135 | US-DR-020202 | US-DR-020377 | April 2016 - September 2018 statements for various Barclaycard credit card accounts | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 136 | N/A | N/A | Trial subpoena to Applied Bank for financial records | Yes | | |
| 137 | US-DR-020154 | US-DR-020154 | FRE 902(11) certification for Applied Bank records | Yes | | |
| 138 | US-DR-020155 | US-DR-020155 | FRE 902(11) certification for Applied Bank records | Yes | | |
| 139 | US-DR-019978 | US-DR-019995 | May 2012 - December 2012 statements for Acct. -6046 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |

| | | | | | |
|---|---|---|---|---|---|
| 140 | US-DR-019996 | US-DR-020000 | Repayment records for Acct. -6046 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 141 | US-DR-020012 | US-DR-020149 | March 2013 -- August 2019 statements for Acct. -8965 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 142 | US-DR-020150 | US-DR020153 | Repayment records for Acct. -8965 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 143 | US-DR-029639 | US-DR-029646 | Trial subpoena to Capital One for financial records | Yes | | |
| 144 | US-DR-029647 | US-DR-029647 | FRE 902(11) certification for Capital One financial records | Yes | | |

| 145 | US-DR-029636 | US-DR-029636 | August 2017 and February 2018 -- May 2019 Deposit Data for Acct. No. -2024 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
|---|---|---|---|---|---|---|
| 146 | US-DR-029637 | US-DR-029637 | May - August 2018 and February - November 2019 Credit Card Payments for Card Nos. -3757, -0948, -9519, and -3918 | Yes, subject to Rule 401 and 404 objections | Rule 401 and 404 as to evidence of non-medical expenses and medical expenses unrelated to appendectomy or 2017-2019.  Addressed in greater detail in parties' *in limine* briefing. | Evidence of medical expenses relevant to deductions taken and evidence of other spending categories relevant to, among other things, establishing motive. Addressed in greater detail in parties' in limine briefing. |
| 147 | US-DR-028048 | US-DR-028049 | December 4, 2020 Email from C. Smith to R. Schutz re: Completing Audit | Yes | | |