UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE RICHARDSON,

    Defendant.

No. CR 23-00196 WHA

**SPECIAL VERDICT FORM**

**YOUR ANSWERS MUST BE UNANIMOUS.**

    **Count 1:** Has the government proven beyond a reasonable doubt that for the tax year 2017, Dwayne Richardson attempted to evade or defeat income tax in violation of Section 7201 of Title 26 of the United States Code?

    Yes, Guilty __X__        No, Not Guilty _____

    **Count 2:** Has the government proven beyond a reasonable doubt that for the tax year 2018, Dwayne Richardson attempted to evade or defeat income tax in violation of Section 7201 of Title 26 of the United States Code?

    Yes, Guilty __X__        No, Not Guilty _____

**PROCEED TO THE SECOND PAGE.**

**Count 3:** Has the government proven beyond a reasonable doubt that for the tax year 2019, Dwayne Richardson attempted to evade or defeat income tax in violation of Section 7201 of Title 26 of the United States Code?

Yes, Guilty __✗__          No, Not Guilty _____

\*          \*          \*

When this form is complete, the jury foreperson should date and sign it and advise the Court through the courtroom deputy that you have reached a unanimous verdict.

Dated: __9/2̶8̶ 25__, 2024

_____
FOREPERSON

15